Jonathan L. Mangold
_Name_

Po Box 354

El dorado Ks, 67042  Norton Ks, 67654
_Address_

FILED
JAN 26 2018
Clerk, U.S. District Court
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Jonathan L. Mangold , Plaintiff
_(Full Name)_

v.

Mike Stone, Marion ,Defendant (s)
county Kansas police department
Creif of police
Courtney D Boehm; Marion County Attorney
Micheal F. Powers  District court Judge

CASE NO. ___18-3020-SAC___
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Jonathan L. Mangold , is a citizen of  Kansas
_(Plaintiff)_                                    _(State)_

who presently resides at 7757 SE Us huy 254  El dorado Ks 67042
_(Mailing address or place)_

Po Box 546  Norton Ks, 67654
_of confinement.)_

2) Defendant Mike Stone, Marion County Ks police department is a citizen of
_(Name of first defendant)_

Marion     Kansas , and is employed as
_(City, State)_

Police officer . At the time the
_(Position and title, if any)_

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

Was a police officer for marion county Kansas

Monroe vs. Page, 365 U.S. 167 (1961)

XE-2 8/82

3) Defendant **Marion County Kansas police chief** is a citizen of
(Name of second defendant)

**Marion Kansas**, and is employed as
(City, state)

**police cheif**. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☑ No ☐ . If your answer is "Yes", briefly explain:

~~detective~~ police cheif failed to do proper

baclgrand check, allowing officer Mike Stone to be hired

on Marion police force

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE part 1

1) Briefly state the background of your case:

On about 6/3/17 or 6/4/17 officer Mike Stone of the Marion county police

department responded to a traffic accident, then attempted to illegaly

search me with no cause, the brutaly mistreat me, slamming me

to the ground cuffing me jerking me to my feet by left arm then

picking me up with both his hands around my neck and choke

slamming me. then eventually taking me to vehicle that Wrecked

and leaning me against then slamming me and dragging my

right elbow with his knee pushing it into the ground all over

the concrete cousing severe scaring + a injuried elbow

2

Pg. 2 A
Defendants

Defendant 4: Courtney D. Boehm; Marion County Attorney is employed through marion County Kansas, At the time the Claims alleged in the complaint arose, was this defendant acting under Color of state law? <u>Yes</u> was Marion County Attorney

Defendant 5; Micheal F. Powers, employed through 8th judicial district of Kansas, yes he was acting under Color of state Law. District Court judge.

Nature of case (part 2)

Courtney Boehm; marion County Attorney and Micheal F Powers District Court judge for marion County Kansas violated my 5th amendment Rights, 6th amendment rights, 8th amendment, 14th amendment section 1, by denying an appeal bond and by denying motion to withdraw plea on case 17 CR 122 and 17 CR 133, when i was threatened and coerced into taking plea.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8h" x 11") to explain any allegation or to list

additional supporting facts.)

A) (1) Count I: Police Brutality   eigth amendment
amendment 5
Article 3     Article 5 & 7

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

Read attached sheet
intentional infliction of Emotional Distress
amendment 3     8th amendment
Article 3 & 5, 7

B) (1) Count II: Excessive use of force. Amendment 8
& amendment 5     8th amendment

(2) Supporting Facts: Read attached sheet Referrence
Count 1 - same facts
Sigler v. Hightower 112 F.3d 191 (8th cir 1997)

3

CIVIL RIGHTS COMPLAINT §1983

XE-2 8/82

10/30/17

count 1 - Police brutality. / count 2 Excessive force / count 3 illegal search

on 6/3/17 officer Mike Stone arrived at the scene of a car accident at 701 east main at about 2346 hours. At which time he approached the driver of vehicle i was previously in "John loomis" after speaking with Mr. loomis he came to side walk where i was sitting and wanted to clarify the information he already had on me.

In the process of doing so he without warning or cause reached for my private areas I jumped back because another man, officer or not was reaching for my privates without cause or warning, attempted to touch my privates. There is no possible way he was able to see my heart beating through my chest, ~~or~~ now could he see a bulge in my pants - I was just in a car wreck and i have seizures of course i was shaky.

The result of me jumping back, was police officer Mike Stone, tackling me to the ground, cuffing me, jerking me bodily by my left arm to my feet "cuffed" He then procedded to pick me up by my neck with both hands and choke slammed me, after which a struggle ensued then him & officer Mueller took me to John loomis's truck which had wrecked into ~~the~~ rear end of other vehicle leaned me against it and then slammed me to ground

I told officer mike stone i might be going into a seizure he dug his knee into the crook of my right arm and proceed to dig/grind right elbow into pavement and caused permant scarring & damage to Right elbow. Then a few days later accosated me at a ~~Po~~ Friends house of mine over →

who lived 3 or so blocks from officer Mike Stone
officer mike Stone then threatens my family and person, stating
if i did not plead to all charges pertaining to cases 17 CR 128 and
17 CR 133, he would do physical harm to my x-wife and children.
(Refer to 3 page document attached (Argument for Motion to Withdraw
plea) case # 17 CR 124 and 17 CR 133-dated 11/16/17 4pm) filed
November 27th 2017 8:26 am (Attachment 3 )

Count 4; violation of 5th, 7th, 8th and 14th amendment
Rights by Boehm and powers (Refer to Attachment 1 pg 1 of 2
and page 2 of 2)

C) (1) Count III: Illegal Search, Amendment 4   amendment 5
Article 3 §9 §7

(2) Supporting Facts: Had no probable cause to reach for
my privates or search me, it was a simple traffic
accident.   Read attachment of count 1+2

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☑ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than
one lawsuit, describe the additional lawsuits on another piece of paper, using the same
outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: Jonathan L. Mangold

   Defendants: Marion County Kansas

   b) Name of court and docket number 17-3182-SAC is in the
   united states district court, district of Kansas, wichita

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still
   pending?) ~~still pending~~   case was dismissed

   d) Issues raised Mistreatment of a confined person, biases and
   prejudice treatment, violating my 8th & 14th amendments

4

e) Approximate date of filing lawsuit ___10/2/17___

f) Approximate date of disposition ___N/A  1/5/18___

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_Requested to file charges against Smike stone Marina county sheriffs department refused to even file a Report_

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_Mental distress, emotional distress, physical distress and scarring, Lack of employment due to false search, Nightmares In total $ 7.5 million Refer to attachment (1) (b)(f)(c) pg. 5-B._

_____          _Jonathan Mangell #91042_
Signature of Attorney (if any)                    Signature of Petitioner

_____

_____

_____
(Attorney's full address and telephone number)

# Request for Relief

Wherefore, plaintiff respectfully pray that this court enter judgment:

1) Granting plaintiff mangold a declaration that the acts and omissions described herein violate his Rights under the constitution and laws of the united states and

2) A preliminary and permant injunction ordering defendants store, to cease threats toward Mangold and defendants Boehm and powers to set appeal bond or overturn Sentence on ~~this~~ grounds of threating & coerceon

3) Plaintiff seeks preliminary injucture and is authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the federo Rules of procedure, declaratory relief pursuant to 28 U.S.C Section 2201 and 2202 The court has supplemental jurisdiction over plaintiffs State Law claims under 28 U.S.C. Section 1367

4) Plaintiff seeks compensatory damages in the amount of $10,000,000.00 (ten million dollars) from defendant mike stone, and marion county police chief as well as Boehm and Powers agains each defendant jointly and severally

Attachment (I)(C)
pg (5.B)

5) Plantiff mangold seeks punitive damagers in the ammount of $5,000,000.00 agants stoney chefoR police, boehm and Powers agants each defendant jointly any severally

6) Plantiff seeks nominal damages as well of $1.00

7) Plantiff seeks a jury trial on all issues triable by Jury

8) Plantiff also seeks recovery of cost in this suit, ant

9) Any additional Relief this court deems just, proper and equitable

Dated 1/17/18
Respectfully
Jonathan Mangold 91042
PO Box 546
Norton Ks, 67654

I have Read the foregoing complaint and hereby verify that the Matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of purge the the foregoing is true & correct Executed Jan 17th 2018
Jonathan Mangold 91042